IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM JOSEPH HANRAHAN | : | CIVIL ACTION |
| v. | : | |
| DECHERT LLP | : | NO. 14-6564 |

**FILED**
NOV 26 2014
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

### ORDER

AND NOW, this 26 day of November, 2014, upon consideration of plaintiff's motion to proceed *in forma pauperis* and *pro se* complaint it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The Clerk of Court shall file the complaint and issue a summons.

3. The United States Marshal for the Eastern District of Pennsylvania shall serve the summons and the complaint upon the defendant at no cost to the plaintiff.

**BY THE COURT:**

_____
WILLIAM H. YOHN, JR.   J.